**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of New Jersey (State)

Case number (If known): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   05-0625822

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 20 Avenue E | 776 Mountain Boulevard, 2nd Floor |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Jersey City  NJ  07302 | Watchung  NJ  07069 |
   | City  State  ZIP Code | City  State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Hudson County | |
   | County | Number  Street |
   | | |
   | | City  State  ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC  Case number (*if known*)_____
Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5  3  1  3

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
         District _____  When _____  Case number _____
                                         MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                      MM / DD / YYYY
         Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor  Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC   Case number (*if known*)_____
_____Name_____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____
City                                      State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page **3**

Debtor  Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC            Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 24 / 2019
           MM / DD / YYYY

✗ /s/ Tarrunumn J. Murad             Tarrunumn J. Murad
   Signature of authorized representative of debtor            Printed name

Title  Managing Member

**18. Signature of attorney**

✗ /s/ David M. Banker             Date  10 / 24 / 2019
   Signature of attorney for debtor                         MM / DD / YYYY

David M. Banker
Printed name
Montgomery McCracken Walker & Rhoads LLP
Firm name
457          Haddonfield Road, Suite 600
Number       Street
Cherry Hill                                    NJ          08002
City                                           State       ZIP Code

(212) 867-9500        (212) 599-5085         dbanker@mmwr.com
Contact phone          Facsmile               Email address

027332000              New Jersey
Bar number             State

437 Madison Avenue, 24th Floor
Number  Street
New York, New York 10022
City          State      ZIP Code

**United States Bankruptcy Court**
**District of New Jersey**

In re <u>Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC</u>   Case No. _____

Chapter   __11__

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**[X] NONE**

Dated: October 24, 2019            */s/ David M. Banker*_____
David M. Banker
*Counsel for Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC*
Montgomery McCracken Walker & Rhoads LLP
LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002

Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue, 24th Floor
New York NY  10022
T: (212) 867-9500
F: (212) 599-5085
dbanker@mmwr.com

**United States Bankruptcy Court**
**District of New Jersey**

In re <u>Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC</u>  Case No. _____

Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Tarrunumn J. Murad, declare under penalty of perjury that I am the Managing Member of Statue of Liberty Harbor North Redevelopment Urban Renewal, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 23rd day of October 2019:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Tarrunumn J. Murad, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Tarrunumn J. Murad, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Tarrunumn J. Murad, Managing Member of this Corporation is authorized and directed to employ the law firm of Montgomery McCracken Walker & Rhoads LLP to represent the corporation in such bankruptcy case as lead counsel and to employ the law firm of Hill Wallack LLP to represent the corporation in such bankruptcy case as special counsel."

Dated: October 24, 2019　　　　　　　*/s/ Tarrunumn J. Murad*
　　　　　　　　　　　　　　　　　　　Tarrunumn J. Murad

# RESOLUTION OF BOARD OF DIRECTORS OF STATUE OF LIBERTY HARBOR NORTH REDEVELOPMENT URBAN RENEWAL, LLC

**Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that Tarrunumn J. Murad, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that Tarrunumn J. Murad, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that Tarrunumn J. Murad, Managing Member of this Corporation is authorized and directed to employ the law firm of Montgomery McCracken Walker & Rhoads LLP to represent the corporation in such bankruptcy case as lead counsel, and to employ the law firm of Hill Wallack LLP to represent the corporation in such bankruptcy case as special counsel.

Dated: October 24, 2019        */s/ Tarrunumn J. Murad*
                               Tarrunumn J. Murad

EFM Transfer Agent, LLC
c/o Titan Capital ID, LLC
19 Ludlow Road
Suite 301
Westport CT  06880

Freeman Real Estate Advisors
c/o REF Capital, LLC
216 West Ohio Street
5th Floor
Chicago IL  60654

Dr. Noroze Khan
Dr. M.N. Pandya
9 Whispering Way
Warren NJ  07059

USBANK-CUST TOWER DB VIII 2018-1
c/o City of Jersey City
Tax Department
280 Grove Street
Jersey City, NJ 07302

Florio Perrucci Steinhardt & Fader, L.L.C.
235 Broubalow Way
Phillipsburg, NJ 08865

Code Consultants, Inc.
215 West 40th Street
15th Floor
New York, NY 10018

Lehr Consultants International, LLP
134 W. 29th Street
New York, NY 10001

Trend Foodservice Design
5780 Timberlea Blvd.
Suite 107
Mississauga, Ontario L4W 4W8
Canada

InSite Engineering, LLC
2052 Highway 35
Suite 203
Wall, NJ 07719

New Jersey Department of Environmental Protection
Legal Department
401 East State Street
PO Box 402
Trenton, NJ 08625

Hudson County Sheriff's Office
595 Newark Avenue
Jersey City, New Jersey 07306

William Passarotti
11 Skyline Drive
Randolph NJ  07869

Gibbons P.C.
One Gateway Center
Newark NJ  07102

The Jersey City Redevelopment Agency
66 York Street
Jersey City NJ  07302

Marriott International, Inc.
Attn: Law Department 52/923.27
10400 Fernwood Road
Bethesda, MD  20817

IBI Group Architects (Canada) Inc.
55 St. Clair Avenue West
7th Floor
Toronto, Ontario  M4V 2Y7
Canada

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

New Jersey Attorney General's Office
Division of Law
Richard J. Hughes Justice Complex
25 Market St., PO Box 112
Trenton NJ 08625-0112

New Jersey Division of Taxation
Compliance and Enforcement - Bankruptcy
50 Barrack St., 9th Fl.
PO Box 245
Trenton NJ  08695-0267

United States Attorney
Peter Rodino Federal Bldg.
970 Broad St., Ste. 700
Newark NJ  07102

United States Attorney General
US Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC  20044

City of Jersey City
Tax Department
280 Grove Street
Jersey City NJ  07302

City of Jersey City
Law Department
280 Grove Street
Jersey City NJ  07302

Fisher Development Associates, LLC
7 Penn Plaza
Suite 1400
New York, NY 10001

Liberty Harbor North Condominium Association, Inc.
776 Mountain Blvd.
Second Floor
Watchung, NJ 07069